# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| PAYCOR, INC., *et al*, | : | Case No. 1:21-cv-191 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | |
| EUGENE C. GRAHAM, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Karen Litkovitz that this civil action has been settled in her presence;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown on or before November 8, 2022, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date:  5/10/2022

*s/Timothy S. Black*
Timothy S. Black
United States District Judge